IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CAUSE NO. 1:18-CR-45-SA-DAS

ANTONIO MICHAEL WOOD  DEFENDANT

ORDER DENYING MOTION FOR BOND AS MOOT

Presently before the Court is the Defendant's Motion for Bond, Release and Home Confinement [28]. Before the Court could rule on the pending Motion, the Defendant was released to a residential re-entry center rendering the Motion moot.

Therefore, it is hereby ORDERED that the Defendant's Motion for Bond [28] is DENIED as MOOT.

It is SO ORDERED on this the 2nd day of January, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE